**SULAIMANLAW GROUP**
Alexander J. Taylor
2500 South Highland Ave
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Facsimile: 630-575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO H. VALERA, | Case No. 5:24-cv-00663 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| KIMBALL, TIREY, & ST. JOHN, LLP, and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that ALEJANDRO H. VALERA ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant KIMBALL, TIREY, & ST. JOHN, LLP ("Defendant") have settled all claims between them in this matter and are in the process of consummating a settlement, completing the final closing

documents, and filing the dismissal. Case will proceed against EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: April 25, 2024                    Respectfully submitted,

                                    **ALEJANDRO H. VALERA**
By:*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Atlas Consumer Law
2500 S. Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: 331-3077646
Email: ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                    *s/ Alexander J. Taylor*
Alexander J. Taylor