JS-6

Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO H. VALERA, <br><br> Plaintiff, <br><br> v. <br><br> KIMBALL, TIREY, & ST. JOHN, LLP, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 5:24-cv-00663-JGB-RAO <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Honorable Judge Jesus G. Bernal |

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against EXPERIAN INFORMATION SOLUTIONS, INC. is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

Dated: December 17, 2024

_____
The Honorable Jesus G. Bernal
United States District Judge

1